UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-122-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | MOTION TO AMEND JUDGMENT |
| v. | ) | FOR A CLERICAL ERROR |
| | ) | |
| DANIEL WAYNE SCOTT | ) | |

MOTION GRANTED<br>
This 3rd day of May, 20 11<br>
/s/Louise W. Flanagan<br>
LOUISE W. FLANAGAN<br>
United States District Judge

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, with the consent of the Defendant, hereby moves this Court pursuant to Fed. R. Crim P. 36 to amend the judgment to correct the restitution amount to be paid to the victim with initials "T.N." In support thereof, the United States shows unto the Court as follows:

1. On April 1, 2011, the Court conducted a sentencing hearing in the above-captioned matter. At the hearing, the Court heard evidence in connection with the issue of the appropriate restitution amounts due to four payees.

2. Upon information and belief,[1] the Court received evidence of the following victims and total losses:

| Name of Payee | Amount of Loss |
|---|---|
| "T.N." | $1,572,276.20 |
| Glasgow Hicks Insurance | $324,000.00 |
| U.S. EPA | $186,067.00 |
| Farm Bureau | $11,830.97 |

---

[1] The government is not in possession of a transcript from the sentencing hearing. The information provided herein was obtained from the case agent who testified at the hearing.