UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Daniel Wayne Scott**                               Docket No. 7:10-CR-122-1FL

**Petition for Action on Supervised Release**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daniel Wayne Scott, who, upon an earlier plea of guilty to 18 U.S.C. §§ 844 (i) and 2, Arson and Aiding and Abetting, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 1, 2011, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Daniel Wayne Scott was released from custody on October 31, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 25, 2019, Scott was reported to the court for failing to pay his monetary obligation and new criminal conduct. On June 10, 2019, he was reported to the court for using illegal drugs. We recommended supervision be continued each time to allow him to remit regular payments and attend drug treatment. However, since that date, Scott has failed to pay as directed and is no longer employed. On July 31, 2019, and August 5, 2019, he tested positive for cocaine. Another test taken on August 19th was negative. He is enrolled in substance treatment and testing but is struggling to get himself stable financially and fulltime employment. However, he has been informed that any further violations will not be tolerated and as a sanction for his drug use and noncompliance, it is recommended he be placed on location monitoring in the home detention component for 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Daniel Wayne Scott
Docket No. 7:10-CR-122-1FL
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ John A. Cooper
John A. Cooper
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2046
Executed On: August 27, 2019

## ORDER OF THE COURT

Considered and ordered this 27th day of August, 2019, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge